**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 03/22/2006

DIGITAL RECORDING: 3:44 – 4:32 pm

- ✓ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.
CASE NO.: 2:06mj32-DRB
DEFT. NAME: Crystal Denise PHILLIPS
USA: Snyder
ATTY: Steve Glassroth
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY
USPTSO/USPO: Thweatt

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

- ☑ kars.   Date of Arrest 3-22-06 or ☐ karsr40
- ☑ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl.   Deft. First Appearance with Counsel
- ☐   Deft. First Appearance without Counsel
- ☑   Requests appointed Counsel ☑ ORAL MOTION for Appointment of Counsel
- ☑ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted   ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☑ k20appt.   Panel Attorney Appointed; ☑ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.   Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.   Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
-   ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)   Bond NOT executed. Deft to remain in Marshal's custody
- ☑   Preliminary Hearing ☐ Set for _____
- ☐ ko.   Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☑   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
-   ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
-   DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt   Waiver of Speedy Trial Act Rights Executed

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

UNITED STATES OF AMERICA         *
                                 *
VS.                              *     CR. NO. 2:06mj32-DRB
                                 *
CRYSTAL DENISE PHILLIPS          *
                                 *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Terry Crump | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |